IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAXPOWER CORPORATION, a Colorado
corporation and MAXPOWER
WISCONSIN CORPORATION, a                             ORDER
Wisconsin corporation,
                                                     08-cv-150-bbc
                        Plaintiffs,

    v.

GENE ABRAHAM, KEVIN HOBSON,
KIRK SOE and BRADY WILKENS,

                        Defendants.

---

On April 18, 2008, this court held a recorded telephonic hearing on plaintiffs' motion for discovery in advance of the preliminary injunction hearing. *See* dkt. 26. Both sides were represented by counsel.

Having read both sides' submissions and having discussed the dispute with the parties at the hearing, I granted the motion in part and denied the motion in part. Not later than 4:30 p.m. on April 21, 2008, defendants must make available to plaintiffs' forensics examiner at a location to be decided all devices of any sort on which they maintain electronically stored information: handheld devices, PDAs, laptops, notebooks, CPUs for desktop computers, USB flash devices, etc. The parties may, by consensus, agree to stagger production and return to minimize the inconvenience to defendants.

At the time of delivery, plaintiffs shall serve on defendants their list of search terms that the forensic examiner will use for data sampling.

In the event plaintiffs intend to use any information discovered during this process at the preliminary injunction hearing on April 24, 2008, they must serve the final version of their report/compilation on defendants not later than noon on April 23, 2008.

This information remains under attorneys' eyes only confidentiality protection under order of the court. Plaintiffs' attorneys and their forensic examiner shall maintain the confidentiality of defendants' information and shall not use it for any purpose, including presentation at the preliminary injunctive hearing, without first receiving permission from this court.

Entered this 18th day of April, 2008.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge