IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAXPOWER CORPORATION and
MAXPOWER WISCONSIN
CORPORATION,

                                                               ORDER

                Plaintiffs,

                                             08-cv-150-bbc

    v.

GENE ABRAHAM, KEVIN HOBSON,
BRADY R. WILKENS, H.M. CRAGG CO.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A status conference was held by telephone in this case on February 27, 2009, before United States District Judge Barbara B. Crabb. Charles Hecht appeared for plaintiffs. Defendants appeared by Kris Kostolansky. Counsel advised the court that they had reached a final agreement to settle the case and were in the process of circulating the agreement for signature by all parties. Counsel assured the court that they would be able to get the signed papers to the court no later than Monday, March 16, 2009. To make sure that the parties accomplish this task, I set an in person hearing at 9:00 a.m., Friday, March 20, 2009. If the

final papers have been filed before that time, this hearing will be canceled.

Entered this 27th day of February, 2009.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge